**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **VE OPENING LLC,**<br>Plaintiff,<br>v.<br>**APPLE INC.,**<br>Defendant. | C.A. No. 7:26-cv-00331<br>**JURY TRIAL DEMANDED**<br>**PATENT CASE** |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff VE Opening LLC files this Original Complaint for Patent Infringement against Apple Inc., and would respectfully show the Court as follows:

## I. THE PARTIES

1. Plaintiff VE Opening LLC ("VE" or "Plaintiff") is a Texas limited liability company with its address at 17350 State Highway 249, Ste 220, Houston, TX 77064.

2. On information and belief, Defendant Apple Inc. ("Apple" or "Defendant") is a corporation organized and existing under the laws of California with a place of business at 6900 W Palmer Lane, Austin, Texas 78729. Defendant has a registered agent C T Corporation System at 1999 Bryan St., Ste 900, Dallas, Texas 75201.

## II. JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at its place

of business at 6900 W Palmer Lane, Austin, Texas 78729; 3121 Palm Way, Austin, TX 78758, and 2901 S Capital of Texas Hwy, Austin, TX 78746.

5. Without limitation, on information and belief, within Texas and this District, Defendant has made, used, sold, and offered for sale the patented invention thereby committing, and continuing to commit, acts of patent infringement alleged herein. In addition, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas and this District. Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas and this District, including at its place of business at 6900 W Palmer Lane, Austin, Texas 78729; 3121 Palm Way, Austin, TX 78758, and 2901 S Capital of Texas Hwy, Austin, TX 78746. Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas and this District. Defendant has committed such purposeful acts and/or transactions in Texas and this District such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6. Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, from and within this District Defendant has committed at least a portion of the infringements at issue in this case including at its place of business at 6900 W Palmer Lane, Austin, Texas 78729; 3121 Palm Way, Austin, TX 78758, and 2901 S Capital of Texas Hwy, Austin, TX 78746.

7. For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

## III. COUNT I
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 10,635,293)

8. Plaintiff incorporates the above paragraphs herein by reference.

9. On April 28, 2020, United States Patent No. 10,635,293 ("the '293 Patent") was duly and legally issued by the United States Patent and Trademark Office. The '293 Patent is titled "Method and System for Enabling the Sharing of Information Between Applications on a Computing Device." A true and correct copy of the '293 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10. VE is the assignee of all right, title, and interest in the '293 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '293 Patent. Accordingly, VE possesses the exclusive right and standing to prosecute the present action for infringement of the '293 Patent by Defendant.

11. The invention in the '293 Patent relates to the field of methods for enabling the sharing of information between applications on a computing device. (Ex. A at col. 1:22-24).

12. The '293 Patent describes the technological problem that existed in the prior art. People relied on applications installed on computing devices, which are typically intended to address a particular function or a limited number of functions. (*Id.* at 1:28-32). For example, a calendar application may be used to schedule events and invite participants, whereas an email application can enable participants to message each other about the event. (*Id.* at 1:32-35). While each application on its own may be useful for a particular purpose, performance of a task may require the use of multiple applications. (*Id.* at 1:36-38). The multiple applications typically operate independently from each other; however, cooperation between the applications, such as through information sharing, would provide a better solution. (*Id.* at 1:39-42).

13. With the number of applications on computing devices continuing to grow, users may want or need to use several applications together to perform tasks rather than requiring separate use of each application. (*Id.* at 1:43-46). However, setting up the sharing of information between multiple applications may be difficult and confusion for a typical user and may be tedious even for an advanced user, particularly when the number of applications required to complete a task is large. (*Id.* at 1:46-50). Therefore, there is a need for methods that enable sharing of information between multiple applications to allow users to perform related tasks in a more efficient and user-friendly manner. (*Id.* at 1:50-53). Recognizing the need, the inventor created a new technological method for sharing information between applications on a computing device related to searching across multiple applications and linking information between such applications. (*Id.* at 1:57-2:4). The claimed invention enables typical or basic users to take advantage of information sharing across multiple applications even though the users may not otherwise attempt such a challenge. (*Id.* at 6:43-50). The invention also results in time savings and efficiency in setting up information-sharing that may be realized even by sophisticated users of the computing device. (*Id.* at 5:48-50).

14. **Direct Infringement.** Upon information and belief, Defendant directly infringes claim 1 of the ‘293 patent in Texas, in this District and elsewhere in the United States, by performing actions comprising making, using, selling, and/or offering for sale the claimed computing device configured to present a linked element, namely Apple products having the Spotlight Search feature released and included in iOS9 and later versions. The iPhone is shown below as an exemplar of infringement, however all of Apple's Products having the Spotlight Search feature released and included in iOS9 and later versions infringe in similar ways.

15. Apple makes, uses, sells, and offers for sale a computing device configured to present a linked element. Apple makes, uses, sells, and offers for sale products that include smartphones and tablets in the US that are loaded with iOS 9 and later versions that provide the Spotlight Search feature are the products accused of infringement claim 1, and will be referred to as Apple Accused Products. Apple Accused Products are all computing devices configured to present a linked element. The Spotlight Search feature released and included in iOS 9 and later versions presents linked elements as the results to a search request.




(*E.g.*, https://www.tapsmart.com/tips-and-tricks/powerful-spotlight-new-improved-search-ios-14/).

16. The Apple Accused Products comprise a housing.




(*E.g.*, https://www.tapsmart.com/tips-and-tricks/powerful-spotlight-new-improved-search-ios-14/).

17. The Apple Accused Products comprise a display unit mounted to the housing. For instance, the iPhones each have a display, wherein the display unit is configured to perform a series of functions.




(*E.g.*, https://www.tapsmart.com/tips-and-tricks/powerful-spotlight-new-improved-search-ios-14/).

18. The Apple Accused Products comprise a display unit that is configured to selectively present prompts for user input. For example, the iPhone presents prompts to the user for its Spotlight Search feature released and included in iOS9 and later versions.




(*E.g.*, https://www.macrumors.com/guide/ios-15-spotlight/).

19. The Apple Accused Products comprise a display unit that is configured to selectively present elements and links for selection by a user. In the previous example for iPhone, the elements provided include the address of John Clover from Maps, the recent transactions with "John Clover" from Wallet, Shared Links and Messages.




(*E.g.*, https://www.macrumors.com/guide/ios-15-spotlight/).

20. The Apple Accused Products comprise a processor. For example, the iPhones and iPads have a processor to support the Spotlight Search feature released and included in iOS9 and later versions.

## iPad chip list: What's powering each iPad model?

*Note: An Apple News bug may cause the information below to display incorrectly. Read on 9to5Mac.com for all the details.*

**iPad Pro 13" chip?**

Apple Silicon M4 – CPU 9 or 10 cores: 3 or 4 performance, 6 efficiency; GPU 10 cores

**iPad Pro 11" 7th gen chip?**

Apple Silicon M4 – CPU 9 or 10 cores: 3 or 4 performance, 6 efficiency; GPU 10 cores

**iPad Air 13" chip?**

Apple Silicon M2 – CPU 8 cores: 4 performance, 4 efficiency, 3.5 GHz; GPU 10 cores

**iPad Air 11" 6th gen chip?**

Apple Silicon M2 – CPU 8 cores: 4 performance, 4 efficiency, 3.5 GHz; GPU 10 cores

**iPad Pro 12.9" 6th gen chip?**

Apple Silicon M2 – CPU 8 cores: 4 performance, 4 efficiency, 3.5 GHz; GPU 10 cores

**iPad Pro 11" 4th gen chip?**

Apple Silicon M2 – CPU 8 cores: 4 performance, 4 efficiency, 3.5 GHz; GPU 10 cores

**iPad Pro 12.9" 5th gen chip?**

Apple Silicon M1 – CPU 8 cores: 4 performance, 4 efficiency, 3.2 GHz; GPU 8 cores

**iPad Pro 11" 3rd gen chip?**

Apple Silicon M1– CPU 8 cores: 4 performance, 4 efficiency, 3.2 GHz; GPU 8 cores

(*E.g.*, https://9to5mac.com/2024/05/12/ipad-chip-list/).

The all-new iPhone Air is so **impossibly thin and light** that it nearly disappears in your hand. At 5.6 mm and weighing just 165 grams,[5] it's the thinnest iPhone ever — even with a large, immersive 6.5-inch display[6] and the power of the A19 Pro chip. It's a paradox you have to hold to believe.

(*E.g.*, https://www.apple.com/iphone-air/).

21. The Apple Accused Products comprise a processor that is configured to cause, in response to reception of a global search request at the computing device and through a first application that is installed on the computing device (Spotlight Search feature released and included in iOS9 and later versions), the display to present a prompt for a search term. The following website shows how a user can set up the swipe down action to trigger the Spotlight Search feature released and included in iOS9 and later versions and present a prompt for a search query.

## Search with iPhone

1. Tap Search at the bottom of the Home Screen (on models with Face ID) or swipe down on the Home Screen or the Lock Screen.
2. Enter what you're looking for in the search field.
3. Do any of the following:

   - *Initiate your search:* Tap .
   - *Open a suggested app or website:* Tap the app or website.
   - *Take quick action:* Start a timer, turn on a Focus, find the name of a song with Shazam, run any shortcut, and more. Search for an app's name to see shortcuts available for the app, or create your own using the Shortcuts app.
   - *Check a suggested website:* Tap it.
   - *Get more information about a search suggestion:* Tap it, then tap one of the results to open it.
   - *Start a new search:* Tap ⊗ in the search field.

(*E.g.*, https://support.apple.com/guide/iphone/search-on-iphone-iph3c511548/ios).

22. The Apple Accused Products comprise a processor that is configured to perform an automatic comparison based on the search term to generate one or more corresponding candidate elements associated with other applications that are installed on the computing device.

## Search with Spotlight on iPhone

On iPhone, you can search for apps and contacts, content in apps like Mail and Messages, and even text in your photos using Live Text. You can check stock and currency information, and find and open webpages, apps, and images in your photo library, across your system, and on the web.

When you search for an app, app shortcuts for your most likely next action appear within the Top Hit. (For example, a shortcut to the Favorites album appears when you search for Photos.)

In Settings > Search, you can choose which apps you want to include in search results. Search offers suggestions based on your app usage, and updates results as you type.

(*E.g.*, https://support.apple.com/guide/iphone/search-on-iphone-iph3c511548/ios).

23. The Apple Accused Products comprise a processor that is configured to cause the display unit to present the candidate elements for selection by the user. A search using the Spotlight Search feature released and included in iOS9 and later versions causes the display unit to present the candidate elements for selection by the user. In the example below, candidate elements returned from the search for "John Clover" are presented for selection by the user.




(*E.g.*, https://www.macrumors.com/guide/ios-15-spotlight/).

24. The Apple Accused Products comprise a processor that is configured to, based on a selection of one or more of the candidate elements by the user, generate a link to at least the selected candidate element and incorporate the generated link into the first application.




(*E.g.*, https://www.macrumors.com/guide/ios-15-spotlight/).

25. The Apple Accused Products comprise a processor that is configured such that selection of the link through the first application causes access to the selected candidate element.




(*E.g.*, https://www.macrumors.com/guide/ios-15-spotlight/).

## Searching

Just tap the search field at the top of the screen and start typing to search, or tap the microphone icon and start talking to search with your voice.

Spotlight searches a variety of sources. Spotlight uses Bing and Apple's own Spotlight suggestions service to provide links to web pages, map locations, and other stuff you might want to see when you search. Content provided by apps on your iPhone or iPad is also searched, beginning with iOS 9. Use Spotlight to search your email, messages, music, or practially anything else. It also searches apps installed on your device, so you can start typing an app's name and tap it to launch it without locating that app's icon somewhere on your homescreen.

(*E.g.*, https://www.howtogeek.com/229060/how-to-use-spotlight-search-on-your-iphone-or-ipad/).

26. The Apple Accused Products comprise a memory unit that can be used to store application data and other kinds of data. For example, the iPhone 17 can have 12GB or 24GB of memory, as well as other kinds of memory.

25. Available space is less and varies due to many factors. A standard configuration uses approximately 12GB to 24GB of space, including iOS 26 with its latest features and Apple apps that can be deleted. Apple Intelligence on-device models use approximately 7GB of space and can be deleted if Apple Intelligence is turned off. Turning on Apple Intelligence will download the models again. Apple apps that can be deleted use about 4.5GB of space, and you can download them back from the App Store. Storage capacity subject to change based on software version, settings, and iPhone model.

(*E.g.*, https://www.apple.com/iphone-17-pro/?afid=p240%7Cbi~cmp-396539858~adg-1243549009807521~ad-77721950064945_kwd-77722201645701%3Aloc-190~dev-c~ext-8315196043788~prd-~nt-search~crid-&cid=wwa-us-kwbi-iphone-noncore_iphonefamily-iphonefamily_features-iphone_hero_avail_031126-iPhone-iPhone_Features#footnote-13).

27. The Apple Accused Products comprise a memory unit that is configured to store data relating to one or more predetermined swiping patterns. As shown below, on the Apple Accused Products, the swipe to launch Spotlight Search Spotlight Search feature released and included in iOS9 and later versions is a predetermined swiping pattern that is stored in the memory.

**How to launch Search**

Accessing Spotlight is easy. Simply swipe down anywhere on the home screen – except the very top – to bring down the search box. Then type away, or hit the **mic** button and dictate your search term.

(*E.g.*, https://www.tapsmart.com/tips-and-tricks/powerful-spotlight-new-improved-search-ios-14/).

28. The Apple Accused Products comprise a processor that is further configured to perform an automatic comparison of user input with the data relating to the predetermined swiping patterns to detect a global search request. The recognition of the predetermined swipe pattern is the basis presenting the Spotlight Search feature released and included in iOS9 and later versions to the user for a global search request.

**How to launch Search**

Accessing Spotlight is easy. Simply swipe down anywhere on the home screen – except the very top – to bring down the search box. Then type away, or hit the **mic** button and dictate your search term.

(*E.g.*, https://www.tapsmart.com/tips-and-tricks/powerful-spotlight-new-improved-search-ios-14/).

29. Defendant's customers also infringe claim 1 of the ‘293 Patent by using the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products as described above. Furthermore, Defendant advertises, markets, and offers for sale the Apple Accused Products with the Spotlight Search feature released and included in iOS9 and later versions to its customers for use in a system in a manner that, as described above, infringes claim 1 of the ‘293 Patent. Exemplary advertising and marketing material is cited above.

30. **Indirect Infringement**. Upon information and belief, Defendant has been and now is indirectly infringing by way of inducing infringement and contributing to the infringement of at least claim 1 of the ‘293 Patent in the State of Texas, in this District, and elsewhere in the United States, by providing the Apple Accused Products with the Spotlight Search feature released and included in iOS9 and later versions for use by Defendant's customers as described above. Defendant advertised, offered for sale, and/or sold the Apple Accused Products with the Spotlight Search feature released and included in iOS9 and later versions to its customers for use in a manner that Defendant knew infringed claim 1 of the ‘293 Patent. For example, Defendant provides marketing material and videos advertising how the Apple Accused Products with the Spotlight Search feature released and included in iOS9 and later versions infringes claim 1 of the ‘293 Patent. (*Supra* ¶¶15-28 (identifying marketing materials)).

31. On information and belief, since becoming aware of the ‘293 Patent and of the infringement through advertising and offering for sale the Apple Accused Products with the

Spotlight Search feature released and included in iOS9 and later versions for use by its customers, Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing the Apple Accused Products with the Spotlight Search feature released and included in iOS9 and later versions to its customers and by aiding and abetting its use in a manner known to infringe by Defendant. Since becoming aware of the infringement by the Apple Accused Products with the Spotlight Search feature released and included in iOS9 and later versions, Defendant knew that the use of the Spotlight Search feature released and included in iOS9 and later versions in Apple Accused Products by its customers as instructed constituted direct patent infringement. Despite this knowledge, Defendant continued to encourage and induce its customers to use the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products to infringe as described above and provided instructions for using the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products to infringe, including through specification sheets, support, and user's guides. Exemplary materials are cited above. (*Supra* ¶¶15-28 (identifying marketing materials)). Defendant therefore knowingly induced infringement and specifically intended to encourage and induce the infringement of the '293 Patent by its customers.

32. On information and belief, since Defendant became aware of the infringement at least as of the date of the service of the Original Complaint, Defendant is and has been committing the act of contributory infringement by intending to provide the identified Apple Accused Products with the Spotlight Search feature released and included in iOS9 and later versions to its customers knowing that it is a material part of the invention, knowing that its use was made and adapted for infringement of the '293 Patent, and further knowing that the Spotlight Search feature released and included in iOS9 and later versions in Apple Accused Products is not a staple article or commodity

of commerce suitable for substantially non-infringing use. As described above, Defendant was aware that all material claim limitations are satisfied by the use and implementation of the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products by Defendant's customers in the manner described above yet continued to provide the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products to its customers knowing that it is a material part of the invention. (*Supra* ¶¶15-28 (identifying marketing materials and videos)). As described above, since learning of the infringement, Defendant knew that the use and implementation of the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products by its customers was made and adapted for infringement of the '293 Patent. (*Id.*). A new act of direct infringement occurred each time a customer implemented and/or used the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products in the manner described above. After Defendant became aware that the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products infringes claim 1 of the '293 Patent, Defendant knew that each such new use was made and adapted for infringement of claim 1 of the '293 Patent and Defendant continued to advertise and provide the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products for such infringing activities. (*Supra* ¶¶15-28 (identifying marketing materials and videos)). Furthermore, as described more fully above, the the Spotlight Search feature released and included in iOS9 and later versions in the Apple Accused Products has functionality designed to perform the steps in the manner described above and is therefore not a staple article or commodity of commerce suitable for substantially non-infringing use. (*Id.*).

33. Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '293 patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

34. Unless a preliminary and permanent injunction is issued enjoining Defendant and all others acting in active concert therewith from infringing claim 1 of the '293 Patent, Plaintiff will be greatly and irreparably harmed.

35. Plaintiff has complied with the marking statute 35 U.S.C. §287.

## IV. <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## V. <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a. Judgment that claim 1 of United States Patent No. 10,635,293 is infringed, directly and indirectly, and either literally and/or under the doctrine of equivalents, by Defendant;

b. Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein;

c. That Defendants be preliminarily and permanently enjoined from any further activity or conduct that infringes;

d. That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e. That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

August 21, 2026

DIRECTION IP LAW

*/s/ Steven G. Kalberg*
David R. Bennett (Illinois Bar No. 6244214)
Steven G. Kalberg (Illinois Bar No. 6336131)
(*Admitted to the Dist. Ct. of W.D. Tex.)*
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Attorneys for Plaintiff*
*VE Opening LLC*